**Timmy McDONALD, Plaintiff—
Appellant,**

v.

**UNITED STATES of America, a/k/a
United States Federal Bureau of Prisons, a/k/a United States Department
of Justice; S.L. Hamling, Sr. Off. Specialist; Deborah Livingston, Discip.
Hrg Officer; K.M. White, Reg. Director; Harrell Watts, Admin. Nat'l;
Unknown Employees of Federal Correctional Institution Gilmer, Defendants—Appellees.**

No. 08–8280.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 15, 2009.

Decided: May 13, 2009.

Timmy McDonald, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Timmy McDonald appeals the district
court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. §§ 1915(e)(2), 1915A
(2006) his complaint filed pursuant to the
Federal Tort Claims Act (FTCA) and *Bivens v. Six Unknown Named Agents of
Fed. Bureau of Narcotics,* 403 U.S. 388, 91
S.Ct. 1999, 29 L.Ed.2d 619 (1971). We
have reviewed the record and find no reversible error. Accordingly, we affirm for
the reasons stated by the district court.
*McDonald v. United States,* No. 2:07–cv–
00082–REM–JSK, 2008 WL 4615017 (N.D.
W.Va. Oct 14, 2008). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*